# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| REBECCA BUDDENBERG, | Case No. 1:18-cv-00522 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| ROBERT K. WEISDACK, *et al.*, | |
| Defendants. | |

## JUDGMENT

The Court filed its Opinion and Order in this matter. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure. Further, the Court certifies its Rule 37 Order pursuant to 28 U.S.C. § 1292(b) for interlocutory appeal.

**SO ORDERED.**

Dated: January 16, 2024

J. Philip Calabrese
United States District Judge
Northern District of Ohio